1  McGREGOR W. SCOTT
United States Attorney
2  LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
3  Social Security Administration
ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
   San Francisco, California 94105
6     Telephone: (415) 977-8943
   Facsimile: (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| LEANNIA D. COWEN,            )<br>                              )<br>      Plaintiff,              )<br>                              )<br>         v.                  )<br>                              )<br>MICHAEL J. ASTRUE,            )<br>Acting Commissioner of        )<br>Social Security,              )<br>                              )<br>      Defendant.              )<br>_____) | CIVIL NO. 2:07-CV-01138-KJM<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's motion for summary judgment. Due to an extensive case load created, in part, by the fact that the Commissioner's regional office has recently had to reassign the entire case load of an attorney on extended medical leave, counsel for Defendant needs additional time to respond to Plaintiff's brief. The current due date is January 28, 2008. The new due date will be February 27, 2008.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated January 28, 2008, | */s/ Daphne L. Macklin* <br> _____ <br> Daphne L. Macklin <br> (as authorized on January 28, 2008) <br> Attorney at Law <br><br> Attorney for Plaintiff |
| Dated January 28, 2008, | McGREGOR W. SCOTT <br> United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| By: | /s/ *Elizabeth Firer* <br> _____ <br> Elizabeth Firer <br> Special Assistant U.S. Attorney <br><br> Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED:  January 31, 2008.

_____
U.S. MAGISTRATE JUDGE

2