1   McGREGOR W. SCOTT
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    ELIZABETH FIRER
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8943
        Facsimile:  (415) 744-0134
7       E-Mail: Elizabeth.Firer@ssa.gov

8   Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF CALIFORNIA

11                       **SACRAMENTO DIVISION**

12  LEANNIA D. COWEN,                    )
                                         )        CIVIL NO. 2:07-CV-1138-KJM
13          Plaintiff,                   )
                                         )
14          v.                           )        STIPULATION AND ORDER TO EXTEND
                                         )        TIME
15  MICHAEL J. ASTRUE,                   )
    Acting Commissioner of              )
16  Social Security,                     )
                                         )
17          Defendant.                   )
    _____ )
18

19          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have a second extension of time of 21 days to respond to Plaintiff's

21  motion for summary judgment.  From December through last week, three-to-four full time attorneys are

22  or have been out on extended leave for medical, professional, bereavement and military purposes, which

23  has resulted in many case reassignments and additional work for the attorneys in the office.  In addition,

24  during the month of February, the undersigned counsel has had to prepare for a Ninth Circuit oral

25  argument and prepare an appeal recommendation, which involves a very short and unpredictable time

26  frame. Due to this extensive work load, counsel for Defendant needs additional time to respond to

27  Plaintiff's brief.  The current due date is February 27, 2008.  The new due date will be March 19, 2008**.**

28  ///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

*/s/ Daphne L. Macklin*

Dated February 27, 2008,                   _____

Daphne L. Macklin
(as authorized by telephone on February 27, 2008)
Attorney at Law

Attorney for Plaintiff


Dated February 27, 2008,                   McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:

/s/ *Elizabeth Firer*
_____

Elizabeth Firer
Special Assistant U.S. Attorney

Attorneys for Defendant


## **ORDER**

APPROVED AND SO ORDERED.


DATED:  February 28, 2008.

_____

U.S. MAGISTRATE JUDGE