DAPHNE L. MACKLIN, SBN #117189
W.H. WHITAKER, SBN #145560
DAVID J. JACKSON, SBN #237728
LEGAL SERVICES OF NORTHERN CALIFORNIA
190 Reamer Street
Auburn, CA 95603
Telephone: (530) 823-7560
Facsimile: (530) 823-7601

Attorneys for Plaintiff,
LEANNIA D. COWEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEANNIA D. COWEN, | ) | CASE NO.  2:07-CV-01138-KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **EXTEND TIME** |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by

issuance of the attached Order, that the Plaintiff is granted an extension of time up to April 11,

2008, to file her Reply Brief.  This extension is needed due to counsel for the Plaintiff being

called for jury duty to serve April 7, 2008, through Friday, April 11, 2008.  Therefore, counsel

for Plaintiff needs the additional time to file the Reply Brief.

The parties further stipulate that the Court's Scheduling Order shall be modified

accordingly.

Dated: April 8, 2008           Respectfully submitted,

LEGAL SERVICES OF NORTHERN CALIFORNIA

By: /s/ Daphne L. Macklin (original signature retained by attorney)
DAPHNE L. MACKLIN
Attorneys for Plaintiff, Leannia D. Cowen

1

**STIPULATION AND ORDER**

Dated: April 8, 2008                      McGREGOR W. SCOTT
                                          United States Attorney


                                  By: /s/ Elizabeth Firer
                                      ELIZABETH FIRER
                                      Special Assistant U.S. Attorney
                                      Attorneys for Defendant


                                  **ORDER**

        APPROVED AND SO ORDERED.


Date:  April 10, 2008.


                          _____
                          U.S. MAGISTRATE JUDGE

2

**STIPULATION AND ORDER**